```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
────────────────────────────────────

**CHONG LEE,**

                Plaintiff,

    - against -

**CAPITAL ONE BANK N.A., ET AL.,**

                Defendants.

                        21-cv-8523 (JGK)

                        <u>ORDER</u>

────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Fed. R. Civ. P. 26(f) report by January 7, 2022. The conference scheduled for December 21, 2021 is canceled.

**SO ORDERED.**

**Dated:    New York, New York**
          **December 16, 2021**

                                          /s/ John G. Koeltl
                                     **John G. Koeltl**
                          **United States District Judge**